**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Anthony Lamar WINSTON, a.k.a. June Boy, Defendant–Appellant.**

**No. 12–14765**
**Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

April 16, 2014.

Sandra J. Stewart, George L. Beck, Jr., Verne H. Speirs, U.S. Attorney's Office, Montgomery, AL, for Plaintiff–Appellee.

Thomas Martele Goggans, Law Office of Thomas M. Goggans, Montgomery, AL, for Defendant–Appellant.

Anthony Lamar Winston, Atlanta, GA, pro se.

Before HULL, MARCUS and PRYOR, Circuit Judges.

PER CURIAM:

Thomas Goggans, appointed counsel for Anthony Lamar Winston in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Winston's convictions and sentences are **AFFIRMED.** Winston's motion for appointment of new counsel is **DENIED** as moot.